ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Desbuild, Inc. | ) ASBCA No. 62902-ADR |
| | ) |
| Under Contract No. N40080-18-C-0032 | ) |

APPEARANCES FOR THE APPELLANT:     Douglas L. Patin, Esq.
                                   Sabah K. Petrov, Esq.
                                     Bradley Arant Boult Cummings LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                     Navy Chief Trial Attorney
                                   Nicole R. Best, Esq.
                                   Joshua S. Kauke, Esq.
                                     Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE CATES-HARMAN

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,350,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: July 20, 2023

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

(Signature continued)

I concur                            I concur

RICHARD SHACKLEFORD          OWEN C. WILSON
Administrative Judge                  Administrative Judge
Acting Chairman                      Vice Chairman
Armed Services Board              Armed Services Board
of Contract Appeals                 of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 62902-ADR, Appeal of Desbuild, Inc., rendered in conformance with the Board's Charter.

Dated: July 24, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals